UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/14/2021

KRISTEN SCHUYLER,

                     Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

                     Defendant.

20-CV-10905 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 9, 2021, the Court denied Defendant's motion to transfer venue. *See* Dkt. 32. Accordingly, it is hereby:

ORDERED that the parties submit a joint status letter no later than January 4, 2022 proposing next steps for this litigation. If the next step is the filing of dispositive motions, the parties shall propose a briefing schedule.

SO ORDERED.

Dated:    December 14, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge