**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KRISTEN SCHUYLER,

                   Plaintiff,

       -against-

SUN LIFE ASSURANCE COMPANY
OF CANADA,

                Defendant.
------------------------------------------------------------X

20 **CIVIL** 10905 (RA)

**JUDGMENT**

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 7, 2023, Sun Life's motion for summary

judgment is granted and Schuyler's motion for summary judgment is denied; accordingly, the

case is closed.

**Dated:** New York, New York

     March 7, 2023

                              **RUBY J. KRAJICK**

                                    _____

                                      **Clerk of Court**

             **BY:**         K. mango

                                    _____

                                      **Deputy Clerk**