UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTEN SCHUYLER,<br><br>                    Plaintiff,<br><br>              v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                    Defendant. | 20-CV-10905 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On August 14, 2025, the U.S. Court of Appeals for the Second Circuit vacated the entry of summary judgment for Defendant Sun Life. *Schuyler v. Sun Life Assurance Co. of Canada*, 150 F.4th 57 (2d Cir. 2025). On October 15, 2025, the Second Circuit issued a mandate, remanding the case to this Court for further proceedings. See Fed. R. App. P. 41(a). No later than November 7, 2025, the parties shall submit a joint letter proposing next steps in this action.

SO ORDERED.

Dated:   October 31, 2025
             New York, New York

                                                                    Ronnie Abrams
                                                                    United States District Judge