UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTEN SCHUYLER,

                    Plaintiff,

          v.

SUN LIFE ASSURANCE COMPANY OF
CANADA,

                    Defendant.

No. 20-CV-10905 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The parties have each requested oral argument on the pending cross motions for summary judgment.  Unless the parties request otherwise, oral argument will be held on the motion to dismiss on June 16, 2026, at 3:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    April 29, 2026
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge